IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

        Plaintiff,

v.

HERALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, a Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS
LIMITED PARTNERSHIP, a Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

        Defendants.
_____

ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND/OR FOR MORE
DEFINITE STATEMENT
_____

On February 11, 2008, the defendants filed a motion to dismiss and/or for more definite statement with a memorandum of law in support. On March 17, 2008, the plaintiff filed a First Amended Complaint and response to the motion to dismiss and/or for more definite statement. Considering the amended complaint, the Court is unable to dismiss this civil action under Fed.R.Civ.P. 12(b)(6) and the issues of the scope and effect of the affidavits and indemnity agreements as well as the justifiable reliance on the defendants' statements and conduct are matters which may more appropriately be addressed under Fed.R.Civ.P. 56. Accordingly, it is

ORDERED that the motion to dismiss and/or for more definite statement is denied and the defendants shall have to and including April 28, 2008, within which to file their answer or motion for summary judgment.

DATED: March 27th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge