IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: August 5, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,     Jennifer Duettra
a Texas corporation,     Laurence W. DeMuth, III

    Plaintiff,
v.

HERALD DUDE, individually and     Marshall E. Rosenbach
as general partner of Dee Investments Limited Partnership,
a Nevada limited partnership,
DENISE ROBERTS, individually and
as general partner of Dee Investments Limited Partnership,
a Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP,
a Nevada limited partnership,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**2:25 p.m.**     **Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Rosenbach states third party defendant Lester has not been served and counsel agree to confer regarding address for service.

Discussion regarding case facts.

Mr. DeMuth states all quitclaim deeds were recorded.

Counsel agree to limit requests for admissions and production of documents to 30.

Court states its view regarding motion for summary judgment.

**ORDERED:**     Scheduling Order approved.
                    Agreed Motion for Order Excusing Late Filing of Fully Executed Proposed Scheduling Order, filed July 31, 2008 [19], is granted.

**2:45 p.m.**     **Court in recess.**   Hearing concluded. Total time: 20 min.