IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,

v.

HERALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, a Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, a Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Defendants.

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited liability partnership,

    Third-Party Plaintiff,

v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation,
WEAVER AND MITCHELL, INC., and
DAVID LESTER,

    Third-Party Defendants.

_____

ORDER GRANTING MOTION FOR LEAVE TO AMEND THIRD PARTY CLAIM
_____

After review of the Motion of Dee Investments Limited Partnership, Denise Roberts and Harold Dude for Leave to Amend Third Party Claim, filed, August 29, 2008 [23], it is

ORDERED that the motion is granted and Weaver and Mitchell, Inc. is a named Third Party Defendant herein.

DATED: September 2nd, 2008

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge