**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date: December 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-02299-RPM

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>a Texas corporation, | Laurence W. DeMuth, III<br>Jennifer Duettra |
| Plaintiff,<br>v. | |
| HARALD DUDE, individually and<br>as general partner of Dee Investments Limited Partnership,<br>a Nevada limited partnership,<br>DENISE ROBERTS, individually and<br>as general partner of Dee Investments Limited Partnership,<br>a Nevada limited partnership, and<br>DEE INVESTMENTS LIMITED PARTNERSHIP,<br>a Nevada limited partnership, | Marshall E. Rosenbach |
| Defendants. | |

-----------------------------

DEE INVESTMENT LIMITED PARTNERSHIP,
HARALD DUDE and
DENISE ROBERTS,

    Counter-claimants,

v.

STEWART TITLE GUARANTY COMPANY,
STEWART TITLE OF COLORADO, INC.,
WEAVER & LESTER, INC., a Colorado corporation and     Kenneth L. Levinson
DAVID LESTER, an individual,     No appearance

    Counter-defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

December 29, 2008
07-cv-02299-RPM

**11:00 a.m.     Court in session.**

Court's preliminary remarks and statements regarding telephone message from counsel Peter W. Thomas, Jr.'s office regarding his non appearance because of illness.

Mr. Levinson answers questions asked by the Court regarding Weaver & Lester, Inc. and Weaver and Mitchell, Inc.
Mr. Levinson states the corporation is now named Weaver & Mitchell, Inc.

11:04 a.m.     Mr. DeMuth answers questions asked by the Court.

Argument by Mr. DeMuth [26].

11:14 a.m.     Mr. Rosenbach states defendants Dude, Roberts and Dee Investments do not oppose the motion to amend [26].

**ORDERED:     Stewart Title Guaranty Company's Motion to Amend Complaint, filed November 21, 2008 [26], is granted and the Second Amended Complaint is accepted and filed as of today's date.**

11:18 a.m.     Mr. Levinson states defendant Weaver & Lester do not oppose any of the pending motions and he does not intend to file a cross claim against defendant Lester.

Counsel state there are no criminal proceedings pending.

**ORDERED:     Defendant Dude shall respond to the Second Amended Complaint as the amendment only adds an additional claim against this defendant.**

**ORDERED:     Motion of Dee Investments Limited Partnership, Denise Roberts and Harald Dude for Extension of Scheduling Order Deadlines, filed November 26, 2008 [29], is granted.**

Discussion regarding parties' experts, their reports and proposed deadlines.

**ORDERED:     Counsel shall confer and submit a revised proposed scheduling order by January 9, 2009.  Deadline for plaintiff's contradictory expert report is January 15, 2009.**

**11:27 a.m.     Court in recess.**

Hearing concluded.  Total time: 27 min.