IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,
v.

HERALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Defendants.

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited liability partnership,

    Third-Party Plaintiff,
v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation,
WEAVER AND MITCHELL, INC., and
DAVID LESTER,

    Third-Party Defendants.
_____

## ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2
_____

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: March 20th, 2009

                          BY THE COURT:

                          s/Richard . Matsch
                          _____
                          Richard P. Matsch, Senior District Judge