UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:07cv02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

      Plaintiff,

vs.

HARALD DUDE, Individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and DEE INVESTMENTS LIMITED PARTNERSHIP,

      Defendants.

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada general partnership, HARALD DUDE, an individual, and DENISE ROBERTS, an individual,

      Counterclaimanats,

vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation; STEWART TITLE OF COLORADO, INC., a Colorado corporation; WEAVER & MITCHELL, INC., a Colorado corporation; DAVID LESTER, an individual,

      Third Party Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

THIS MATTER coming before the Court upon "Unopposed Motion to Amend Scheduling Order" filed by Third Party Defendant, Weaver & Mitchell, Inc., and the Court being fully advised in the premises, it is hereby ordered that said motion be and hereby is GRANTED.

The Amended Scheduling Order in this case dated January 13, 2009, Document 37, is hereby modified as follows:

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
Civil Action No.   1:07cv02299-RPM-MJW
Page 2

### 7. CASE PLAN AND SCHEDULE

b.	Discovery Cut-off: August 3, 2009

d.	(4) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before June 8, 2009.

(5) Any rebuttal opinions will be exchanged on or before July 1, 2009.

Except as modified above, the order shall remain in full force and effect.

Dated: April 30th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge