**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              April 30, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,                    Laurence W. DeMuth, III
a Texas corporation,

     Plaintiff,
v.

HARALD DUDE, individually and                      Marshall E. Rosenbach
as general partner of Dee Investments Limited Partnership,
a Nevada limited partnership,
DENISE ROBERTS, individually and
as general partner of Dee Investments Limited Partnership,
a Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP,
a Nevada limited partnership,

     Defendants.
-----------------------------

DEE INVESTMENT LIMITED PARTNERSHIP,
HARALD DUDE and
DENISE ROBERTS,

     Counter-claimants,

v.

STEWART TITLE GUARANTY COMPANY,
STEWART TITLE OF COLORADO, INC.,
WEAVER & MITCHELL, INC., a Colorado corporation and    Kenneth L. Levinson
DAVID LESTER, an individual,                           John B. Rediker

     Third-Party Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Compel**

April 30, 2009
07-cv-02299-RPM

**1:59 p.m.      Court in session.**

Court's preliminary remarks.

2:00 p.m.      Mr. Demuth states all requests in the motion have been resolved except for requests 1 and 13.

Argument by Mr. Demuth [40].

2:06 p.m.      Argument by Mr. Rosenbach.
2:09 p.m.      Argument by Mr. Demuth.

**Court instructs Mr. Rosenbach to instruct clients to retrieve requested records (checks) from the bank.**

**ORDERED:    Stewart Title Company's Motion to Compel Discovery from Defendants Harold Dude, Denise Roberts and Dee Investments Limited Partnership, filed February 20, 2009 [40], is granted.**

2:12 p.m.      Argument by Mr. Demuth [48].
2:17 p.m.      Statement by Mr. Rediker.

**ORDERED:    Motion of Dee Investments Limited Partnership for Leave to Amend Third Party Claim, filed April 1, 2009 [48], is granted.
Counsel shall file a separate pleading that contains the Amended Third Party Claim by May 6, 2009.**

**ORDERED:    Unopposed Motion to Amend Scheduling Order, filed April 29, 2009 [53], is granted.**

Discussion regarding scheduling.
Court states its pretrial conference scheduling and its order of reference to magistrate judge for the limited purpose of conducting settlement practices.

**2:21 p.m.      Court in recess.**

Hearing concluded.  Total time: 22min.