IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership

    Defendants,

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Third-Party Plaintiff,

vs.

STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado registered trade name; and
DAVID LESTER, an individual,

    Third-Party Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

The Court, having considered the Unopposed Motion to Amend Scheduling Order submitted by Plaintiff Stewart Title Guaranty Company and Third-Party Defendant Stewart Title of Colorado,



Hereby ORDERS that said Motion is GRANTED and further ORDERS that the deadlines to amend pleadings, complete discovery and submit dispositive motions are extended as follows:

(a) Deadline for Amendment of Pleadings: August 31, 2009.

(b) Responses to Dee Investments Limited Partnership's outstanding written discovery due: August 31, 2009.

(c) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 31, 2009.

(d) Any rebuttal opinions will be exchanged on or before: September 21, 2009.

(e) Discovery Cut-off: October 16, 2009.

(f) Dispositive Motion Deadline: October 16, 2009.

DATED this 1st day of June, 2009.

BY THE COURT:

/s/ Paul V. Matsch
United States District Court Judge