IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,
v.

HERALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Defendants.

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited liability partnership,

    Third-Party Plaintiff,
v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation,
WEAVER AND MITCHELL, INC., and
DAVID LESTER,

    Third-Party Defendants.
_____

## STAY ORDER
_____

    This civil action is in disarray. The Amended Scheduling Order entered January 13, 2009, is no longer operative. The deadlines established therein have been extended and currently pending are the plaintiff's motion to amend the complaint, filed August 31, 2009, the motion for extension of time to add new parties, filed by Dee Investments Limited Partnership on August 31, 2009, the motion of Marshall E. Rosenbach to withdraw as counsel for Defendants Harold Dude, Denise Roberts and Dee Investments Limited Partnership, filed September 18, 2009, and the motion of those defendants for protective order, filed September 21, 2009, regarding depositions of Alan Stein and Terry Gorrell set for September 24, 2009, and September 23, 2009. Under these circumstances, a new scheduling order appears to be

required and the pending motions together with a conference concerning scheduling should be convened. Accordingly, it is

ORDERED that all further proceedings in this civil action are stayed until further order of Court and it is

FURTHER ORDERED that a new hearing and conference will be scheduled at the Court's convenience.

DATED: September 22nd, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge