**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                December 18, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 07-cv-02299-RPM

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br>a Texas corporation, | Laurence W. DeMuth, III |
| Plaintiff,<br>v. | |
| HARALD DUDE, individually and<br>as general partner of Dee Investments Limited Partnership,<br>a Nevada limited partnership,<br>DENISE ROBERTS, individually and<br>as general partner of Dee Investments Limited Partnership,<br>a Nevada limited partnership, and<br>DEE INVESTMENTS LIMITED PARTNERSHIP,<br>a Nevada limited partnership, | Stephen C. Harkess |
| Defendants. | |

-----------------------------

DEE INVESTMENT LIMITED PARTNERSHIP,
a Nevada limited liability partnership,

   Third-Party Plaintiff,

v.

| | |
|---|---|
| STEWART TITLE OF COLORADO, INC.,<br>a Colorado corporation,<br>WEAVER & MITCHELL, INC. and<br>DAVID LESTER, an individual, | Kenneth L. Levinson<br>Peter W. Thomas, Jr. |
| Third-Party Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Conference on Pending Motions**

December 18, 2009
07-cv-02299-RPM

**2:00 p.m.        Court in session.**

Discussion between Court and Mr. Harkess regarding his appearance and Mr. Rosenbach's withdrawal of his motion to withdraw.

Discussion between Court, Mr. DeMuth and Mr. Thomas regarding motion to amend complaint.

**ORDERED:    Stewart Title Guaranty Company's Motion to Amend Complaint, filed August 31, 2009 [67], is granted and the Third Amended Complaint is filed as of today.  Claims against all defendants except David Lester remain unchanged.
Defendant Lester's answer and counterclaim is due by December 28, 2009 (10 days) and no other defendants are required to answer.**

Discussion between Court and Mr. Harkess regarding motion for extension of time to add parties.

**ORDERED:    Motion of Dee Investments Limited Partnership for 30 Day Extension of Deadline to Add New Parties, filed August 31, 2009 [68], is granted.**

Discussion regarding deadlines.

**ORDERED:    Counsel shall file a proposed revised agreed scheduling order by December 28, 2009 (10 days).**

**ORDERED:    Emergency Motion of Dee Investments Limited Partnership, Denise Roberts, and Harold Dude for Protective Order Re: Expert Depositions of Alan Stein and Terry Gorrell Set for September 24, 2009 and September 23, 2009 [72], is moot and depositions can be rescheduled.**

**2:15 p.m.        Court in recess.**

Hearing concluded.  Total time: 15min.