IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,
v.

HERALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, a Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, a Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Defendants.

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited liability partnership,

    Third-Party Plaintiff,
v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation,
WEAVER AND MITCHELL, INC., and
DAVID LESTER,

    Third-Party Defendants.
_____

ORDER GRANTING MOTION TO FILE FIRST AMENDED THIRD PARTY COMPLAINT
_____

    Upon consideration of the Motion of Dee Investments Limited Partnership for Leave to Amend First Amended Third Party Complaint [90], it is

    ORDERED that the motion is granted and the Second Amended Third Party Complaint of Dee Investments Limited Partnership, Harold Dude and Denise Roberts attached thereto is accepted for filing.

    DATED: April 2nd, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge