IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  1:07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,
vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
    PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS
    LIMITED PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP, and
DAVID LESTER,

    Defendants.
_____

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
HAROLD DUDE and
DENISE ROBERTS,

    Counterclaimant and Third party plaintiffs
vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation;
STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado corporation, and
DAVID LESTER,

    Counter-defendant and Third-party Defendants.
_____

ORDER GRANTING MOTION TO WITHDRAW
_____

    Upon consideration of the Motion to Withdraw of Counsel, David A. Bovino, PC

[132] filed on December 30, 2010, it is

ORDERED that the motion is granted. David A. Bovino and Summer M. Woodson and the firm of David A. Bovino, PC, have no further responsibility as counsel for Defendant David Lester in this action and the Clerk is directed to terminate David A. Bovino's electronic service in this case.

DATED: January 6th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge