IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,

vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
    PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS
    LIMITED PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP, and
DAVID LESTER,

    Defendants.
_____

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
HAROLD DUDE and
DENISE ROBERTS,

    Counterclaimant and Third party plaintiffs

vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation;
STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado corporation, and
DAVID LESTER,

    Counter-defendant and Third-party Defendants.
_____

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **June 20, 2011, at 8:30 a.m.,** in

Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is further

ORDERED that a trial preparation conference is set for **June 3, 2011, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: January 28th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge