IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership

    Defendants,


DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Third-Party Plaintiff,

v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado registered trade name; and
DAVID LESTER, an individual,

    Third-Party Defendants.
_____

**ORDER GRANTING MOTION TO AMEND COURTROOM
MINUTES OF FINAL PRETRIAL CONFERENCE**
_____

    The Court, having considered the Unopposed Motion to Amend Courtroom Minutes of Final Pretrial Conference submitted by Plaintiff Stewart Title Guaranty Company and Third-Party Defendant Stewart Title of Colorado,

Hereby ORDERS that said Motion is GRANTED and further ORDERS that the sentence in the Minutes of Final Pretrial Conference that reads: "Mr. DeMuth agrees that the actions of Stewart title are attributable to Stewart Guaranty." shall be amended to read: "Mr. DeMuth agrees that the actions of Stewart Colorado related to title examinations at issue in this case are attributable to Stewart Guaranty."

DATED this 7th day of February, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge