IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  1:07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

      Plaintiff,
vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
      PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS
      LIMITED PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP, and
DAVID LESTER,

      Defendants.
_____

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
HAROLD DUDE and
DENISE ROBERTS,

      Counterclaimant and Third party plaintiffs
vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation;
STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado corporation, and
DAVID LESTER,

      Counter-defendant and Third-party Defendants.

---

ORDER DISCHARGING ORDER TO SHOW CAUSE AND FOR ADVISEMENT OF
DEFENDANT DAVID LESTER CONCERNING TRIAL

---

On January 28, 2011, a final pretrial conference was held with counsel for all

parties excepting Defendant David Lester in appearance.  David Lester is not now

represented by counsel and did not appear. Because of that failure to appear, on January 28, 2011, this Court entered an Order to Show Cause, directing David Lester to show cause why his pleadings should not be dismissed and default entered for his failure to appear and participate in the pretrial conference.

On February 9, 2011, this Court received a letter, dated February 1, 2011, from Defendant David Lester, informing that he was then living in Indonesia and without adequate financial resources to attend the pretrial conference. Mr. Lester did advise that he did intend to attend the trial. Upon the expectation that Mr. Lester will appear and participate at trial, the Order to Show Cause will be discharged. It is

ORDERED that the Order to Show Cause is discharged, and it is

FURTHER ORDERED that the trial will proceed according to the Final Pretrial Order, entered January 28, 2011, which Mr. Lester apparently signed and Mr. Lester is given notice by this order that the trial to jury will proceed on June 20, 2011, with a trial preparation conference set for June 3, 2011, and if David Lester does not appear, with or without counsel, the issues concerning his liability will be determined and his testimony given upon deposition will be used. This order and the Order Setting Trial Date and Trial Preparation Conference shall be sent to David Lester at the e-mail address of record, dwilliam01@gmail.com.

DATED: April 27th, 2011

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge