UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:07cv02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

      Plaintiff,

vs.

HARALD DUDE, Individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and DEE INVESTMENTS LIMITED PARTNERSHIP,

      Defendants.

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada general partnership, HARALD DUDE, an individual, and DENISE ROBERTS, an individual,

      Counterclaimants,

vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation; STEWART TITLE OF COLORADO, INC., a Colorado corporation; WEAVER & MITCHELL, INC., a Colorado corporation; DAVID LESTER, an individual,

**ORDER RE: STIPULATED MOTION TO DISMISS (DEE INVESTMENTS - WEAVER & MITCHELL, INC.)**

      Upon consideration of the stipulated motion of Dee Investments Limited Partnership and Weaver & Mitchell, Inc., [157] it is

      ORDERED that all claims of Dee Investments Limited Partnership, Harald Dude and Denise Roberts against Weaver & Mitchell, Inc. that were asserted in this case, could have been asserted in this case, or were sought to be asserted in this case are hereby dismissed with prejudice, each party to bear his, her or its own court costs, attorney fees and mediation fees.

ORDER RE: STIPULATED MOTION TO DISMISS (DEE INVESTMENTS - WEAVER & MITCHELL, INC.)
Civil Action No. 1:07cv02299-RPM-MJW
Page 2

Nothing contained in this Order shall be deemed to dismiss any claims, defenses, setoffs, recoupments or claims that Dee Investments or Weaver & Mitchell, Inc. may have against any of the remaining parties to this case.

Dated: June 10th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
SENIOR DISTRICT JUDGE RICHARD P. MATSCH