IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  1:07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,

vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
    PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS
    LIMITED PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP, and
DAVID LESTER,

    Defendants.
_____

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
HAROLD DUDE and
DENISE ROBERTS,

    Counterclaimant and Third party plaintiffs

vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation;
STEWART TITLE OF COLORADO, INC., a Colorado corporation; and
DAVID LESTER,

    Counter-defendant and Third-party Defendants.

---

ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DAVID LESTER OTHER THAN
THE CONTRACTUAL INDEMNITY CLAIM

---

At the trial preparation conference held on June 3, 2011, the Court addressed the claims of Stewart Title Guaranty Company and Stewart Title of Colorado, Inc., against David Lester and orally dismissed the fraud claims.  On June 6, 2011, David Lester filed

a motion for clarification, asking whether the dismissal included fraudulent concealment. On June 7, 2011, Stewart Title Guaranty Company filed a motion to reconsider dismissal of the fraud claim.  Because the only basis for the plaintiff's claims against David Lester other than the contractual claim for indemnification based on the document attached as Exhibit A to the motion to reconsider is the assertion that at the time of the sale from David Lester to Ms. Yue he was aware of the WAMU deed of trust, there is an insufficient showing of support for the essential elements of a fraud or concealment claim that Mr. Lester's failure to disclose that knowledge fraudulently induced the issuance of a title insurance policy to Ms. Yue and that Stewart Guaranty justifiably relied on that failure.  Accordingly, it is

ORDERED that all claims of Stewart Title Guaranty Company or Stewart Title of Colorado, Inc., against the third-party defendant David Lester other than the claim for indemnity are dismissed.  Accordingly, the motion of David Lester for clarification is granted and the motion of Stewart Title Guaranty Company for reconsideration is denied.

DATED:   June 13th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge