IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,

vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
    PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS
    LIMITED PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP, and
DAVID LESTER,

    Defendants.
_____

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
HAROLD DUDE and
DENISE ROBERTS,

    Counterclaimant and Third party plaintiffs

vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation;
STEWART TITLE OF COLORADO, INC., a Colorado corporation; and
DAVID LESTER,

    Counter-defendant and Third-party Defendants.

---

## ORDER ON PEREMPTORY CHALLENGES

---

Because Weaver and Mitchell is no longer a party in this case and because the remaining defendants have antagonistic interests which warrant separate peremptory challenges for them but the plaintiff and Stewart Title of Colorado, Inc., have a common

interest, it is

ORDERED that the plaintiff shall have three peremptory challenges and David Lester shall have two peremptory challenges and Dee Investments, Harold Dude and Denise Roberts shall have two peremptory challenges, making a total of seven peremptory challenges.

DATED:   June 13th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge