IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02299 RPM-MJW

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,

vs.

HARALD DUDE, Individually and as general
Partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general
Partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP,
A Nevada limited partnership,

    Defendants.
_____

DEE INVESTMENTS LIMITED PARTNERSHIP,
A Nevada limited partnership, HARALD DUDE, an
Individual; DENISE ROBERTS, an individual,

    Counterclaimants,

vs.

STEWART TITLE GUARANTY COMPANY,
A Texas corporation; STEWART TITLE OF
COLORADO, INC., a Colorado corporation;
WEAVER & LESTER, INC., a Colorado
Corporation; DAVID LESTER, an individual,

    Counter-Defendants.
_____

### ORDER RE: STIPULATED MOTION TO DISMISS (DEE INVESTMENTS – DAVID LESTER)
_____

    Pursuant to the Stipulated Motion to Dismiss (Dee Investments - David Lester) [162] filed on

June 15, 2011, it is

ORDERED that all claims of Dee Investments Limited Partnership, Harald Dude and Denise Roberts against David Lester that were asserted in this case, could have been asserted in this case, or were sought to be asserted in this case are hereby dismissed with prejudice, each party to bear his, her or its own court costs, attorney fees and mediation fees.

Nothing contained in this Order shall be deemed to dismiss any claims, defenses, setoffs, recoupments or claims that Dee Investments or David Lester may have against any of the remaining parties to this case.

Dated:   June 16th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
SENIOR DISTRICT JUDGE RICHARD P. MATSCH