IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02299 RPM-MJW

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

      Plaintiff,

vs.

HARALD DUDE, Individually and as general
Partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general
Partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP,
A Nevada limited partnership,

      Defendants.

---

DEE INVESTMENTS LIMITED PARTNERSHIP,
A Nevada limited partnership, HARALD DUDE, an
Individual; DENISE ROBERTS, an individual,

      Counterclaimants,

vs.

STEWART TITLE GUARANTY COMPANY,
A Texas corporation; STEWART TITLE OF
COLORADO, INC., a Colorado corporation;
WEAVER & LESTER, INC., a Colorado
Corporation; DAVID LESTER, an individual,

      Counter-Defendants.

---

**ORDER RE: STIPULATED MOTION TO DISMISS (STEWART TITLE GUARANTY
COMPANY, STEWART TITLE OF COLORADO – DAVID LESTER)**

THIS MATTER coming before the Court upon stipulated motion of Stewart Title Guaranty Company, Stewart Title of Colorado, Inc. and David Lester, and the Court being fully advised in the premises,

IT IS HEREBY ordered that all claims of Stewart Title Guaranty Company against David Lester that were asserted in this case, could have been asserted in this case, or were sought to be asserted in this case are hereby dismissed with prejudice, each party to bear his, her or its own court costs, attorney fees and mediation fees; and that all of David Lester's claims against Stewart Title Guaranty Company and Stewart Title of Colorado, Inc. that were asserted in this case, could have been asserted in this case, or were sought to be asserted in this case are hereby dismissed with prejudice, each party to bear his, her or its own court costs, attorney fees and mediation fees.

Nothing contained in this Order shall be deemed to dismiss any claims, defenses, setoffs, recoupments or claims that Stewart Title Guaranty Company may have against any of the remaining parties to this case.

Dated: June 20, 2011

BY THE COURT:

_____
SENIOR DISTRICT JUDGE RICHARD P. MATSCH