IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,

v.

HARALD DUDE, individually and
as general partner of Dee Investments
Limited Partnership, a Nevada limited partnership,
DENISE ROBERTS, individually and
as general partner of Dee Investments
Limited Partnership, a Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP,
a Nevada limited partnership, and
DAVID LESTER,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED this 23rd day of June, 2011.

                              BY THE COURT:

                              _____
                              Richard P. Matsch, Senior District Judge

Approved:

_____          _____
Attorney for Plaintiff                                Attorney for Defendants