IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership

    Defendants,

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Third-Party Plaintiff,

v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado registered trade name; and
DAVID LESTER, an individual,

    Third-Party Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT
_____

    Upon consideration of the Unopposed Motion to Amend Judgment [186] filed on July 20, 2011, it is

    ORDERED that the motion is granted and the Clerk is directed to enter the Amended Judgment attached thereto.

DATED: July 20, 2011

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge