IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  1:07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

      Plaintiff,

vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
        PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS
        LIMITED PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP, and
DAVID LESTER,

      Defendants.
_____

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,
HAROLD DUDE and
DENISE ROBERTS,

      Third party plaintiff,

vs.

STEWART TITLE GUARANTY COMPANY, a Texas corporation;
STEWART TITLE OF COLORADO, INC., a Colorado corporation; and
DAVID LESTER,

      Third-party Defendants.

---

ORDER DENYING RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
PURSUANT TO FED.R.CIV.P. 50

---

      Upon review of the motion of defendants Harald Dude and Dee Investments

Limited Partnership, filed July 21, 2011, renewing their motion for judgment as a matter

of law under Fed.R.Civ.P. 50 and because the motion simply reasserts the arguments made when the Rule 50 motion was denied at trial, it is

ORDERED that the Motion for Judgment as a Matter of Law Pursuant to Fed.R.Civ.P. 50, filed July 21, 2011, is denied.

DATED:   July 22nd, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge