IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  1:07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY,

      Plaintiff,

vs.

HARALD DUDE and
DEE INVESTMENTS LIMITED PARTNERSHIP,

      Defendants.

## ORDER

The parties having filed notices of appeal, it is

ORDERED that Plaintiff's Motion for Attorneys' Fees and Nontaxable Costs and Expenses [191] will be considered after a mandate has been issued by the Tenth Circuit Court of Appeals.

DATED: August 26th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge