IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

        Plaintiff,

v.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED
PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership

        Defendants,

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

        Third-Party Plaintiff,

v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado registered trade name; and
DAVID LESTER, an individual,

        Third-Party Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS, WITHOUT PREJUDICE,
STEWART TITLE'S CLAIMS AGAINST DENISE ROBERTS**
_____

        Upon review of the Stipulated Motion to Dismiss, Without Prejudice, Stewart Title's Claims

Against Denise Roberts [221] filed November 14, 2011, it is

        ORDERED that Stewart Title's claims against Defendant Denise Roberts are dismissed, without

prejudice.  It is

        FURTHER ORDERED that the dismissal of Stewart Title's claims against Defendant Denise

Roberts does not operate as an adjudication on the merits of Stewart Title's claims against Defendant

Denise Roberts.

DATED:  November 16th, 2011

BY THE COURT:


s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge