IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership

    Defendants,

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Third-Party Plaintiff,

v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado registered trade name; and
DAVID LESTER, an individual,

    Third-Party Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS, WITHOUT PREJUDICE, STEWART TITLE'S CLAIMS AGAINST DENISE ROBERTS**
_____

    Upon review of the Stipulated Motion to Dismiss, Without Prejudice, Stewart Title's Claims Against Denise Roberts [221] filed November 14, 2011, it is

    ORDERED that Stewart Title's claims against Defendant Denise Roberts are dismissed, without prejudice. It is

    FURTHER ORDERED that the dismissal of Stewart Title's claims against Defendant Denise Roberts does not operate as an adjudication on the merits of Stewart Title's claims against Defendant Denise Roberts.

DATED: November 16th, 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge