IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

      Plaintiff,

v.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership,
DENISE ROBERTS, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership

      Defendants,


DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

      Third-Party Plaintiff,

v.

STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado registered trade name; and
DAVID LESTER, an individual,

      Third-Party Defendants.

**ORDER FOR ENTRY OF STEWART TITLE'S PROPOSED AMENDED ORDER AND FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

THIS MATTER comes before the Court on Stewart Title's Motion for an Amended Order and Final Judgment Pursuant to Fed. R. Civ. P. 54(b). The Court, having reviewed the Motion, pleadings and file, and being fully informed, hereby GRANTS the Motion and directs

the clerk of the Court to enter the attached Amended Order and Final Judgment Pursuant to Fed. R. Civ. P. 54(b), effective *nunc pro tunc* to November 18, 2011.

DATED:  December 13th, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge