IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

    Plaintiff,

vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
    PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP, and

    Defendants.

_____

DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership,

    Third-party plaintiff

vs.

STEWART TITLE OF COLORADO, INC., a Colorado corporation;
WEAVER & MITCHELL, INC., a Colorado corporation, and
DAVID LESTER,

    Third-party Defendants.

---

## ORDER TO COMPLY WITH D.C.COLO.LCivR 54.3

Upon receipt of the mandate of the United States Court of Appeals for the Tenth Circuit on March 20, 2013, the plaintiff's motion for attorneys' fees and nontaxable costs and expenses (#191) and the plaintiff's motion for review of taxation of costs (#211) are now before the court. The plaintiff's motion for attorneys' fees does not comply with D.C.COLO.LCivR 54.3, which requires a detailed description of the services rendered.  The summary of the law firm's billing

records (Ex. 2 to the Affidavit of Laurence W. DeMuth, III) is not sufficient.

Accordingly, it is

ORDERED that the plaintiff has to and including May 13, 2013 to comply with D.C.COLO.LCivR 54.3 and the defendants may file their opposition on or before June 10, 2013.

Date:   April 17, 2013

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge