IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY,
a Texas corporation,

     Plaintiff,

vs.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED
     PARTNERSHIP, Nevada limited partnership,
DEE INVESTMENTS LIMITED PARTNERSHIP,

     Defendants.

## JUDGMENT

Pursuant to the Order for Award of Attorneys' Fees and Costs entered by Senior Judge Richard P. Matsch on August 15, 2013, it is

ORDERED AND ADJUDGED that Stewart Title Guaranty Company shall have and recover from Harold Dude and Dee Investments Limited Partnership, jointly and severally, attorneys' fees in the amount of $585.000.

Date:  August 15th, 2013

                        FOR THE COURT:

                        JEFFREY P. COLWELL, Clerk

                              M. V. Wentz
                        By_____
                               Deputy