IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02299-RPM-MJW

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

HARALD DUDE, individually and as general partner of DEE INVESTMENTS LIMITED PARTNERSHIP, Nevada limited partnership, and
DEE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership

    Defendants,

---

# AMENDED JUDGMENT

Pursuant to the Order for Award of Attorneys' Fees and Costs entered by Senior Judge Richard P. Matsch on August 15, 2013, it is

ORDERED AND ADJUDGED that Stewart Title Guaranty Company shall have and recover from Harald Dude and Dee Investments Limited Partnership, jointly and severally, attorneys' fees in the amount of $585,000.

DATED this 23rd day of August, 2013, *nunc pro tunc* to August 15, 2013.

FOR THE COURT:
Jeffrey P. Colwell

By s/J. Chris Smith
    Deputy Clerk